IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE

IN RE:

JUSTIN RAY BARNES            Case No. 3:16-bk-05166
**Chapter 13**
Debtor.            Judge: MARIAN F. HARRISON

**ORDER GRANTING DEBTOR'S EXPEDITED MOTION TO INCUR DEBT
FOR PURCHASE OF A VEHICLE**
(Amended to Correct Certificate of Service)

This cause came before the Court on May 30, 2018 on the Debtor's Expedited Motion to Incur Debt for Purchase of a Vehicle. The Certificate of Service was mailed on May 24, 2018. No objections were filed or raised at the hearing, and it is hereby **ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

The Debtor is hereby granted permission to incur an Inland/Insolve Bank loan for $16,000.00, at an interest rate of 22% for a term not to exceed sixty months. The proposed Inland/Insolve Bank loan shall be treated as long term debt and paid through the chapter 13 plan, and the Debtor shall file a Motion to Modify his Chapter 13 plan to allow for the loan.

**This order was signed as entered electronically as indicated at the top of the first page.**

Approved for Entry,

/s/L.G. Burnett, Jr.
**L.G. Burnett, Jr.   Reg. #006463**
Attorney for Debtor
Long, Burnett, & Johnson PLLC
302 42nd Ave. No.
Nashville, Tennessee 37209
(615) 386-0075 phone (615) 864-8419 fax
ecfmail@tennessee-bankruptcy.com

# CERTIFICATE OF SERVICE

       I hereby certify that a true and exact copy of the foregoing has been sent via United States Postal Service, postage prepaid (or, if stated below, via the U.S. Bankruptcy Court's Electronic Filing CM/ECF System), and to the following:

Notice will be electronically mailed via CM/ECF to:
- HENRY EDWARD HILDEBRAND, III hhecf@ch13nsh.com
- US TRUSTEE ustpregion08.na.ecf@usdoj.gov

Justin Barnes
7925 Bradyville Pike
Murfreesboro, TN 37127

Insolve Auto Funding
c/o Capital Recovery Group
Attn: Manager or Agent
POB 64090
Tucson, AZ 85728

TOTAL MAILINGS   2
(2 mailings @ $1.00 per each mailing = $2.00)

ENCLOSURES:
1. Order Granting Expedited Motion to Incur Debt for Purchase of Vechicle

Dated on May 30, 2018

                              /s/L.G. Burnett, Jr.
                              L.G. Burnett, Jr.
                              *Attorney for Debtor*

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.